**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-7074M |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jorge Bucio Perez, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This Court has received and considered defense counsel Tony Rollman's Motion to to Withdraw (Dkt. #9).  For good caus shown,

    **IT IS ORDERED GRANTING** defense counsel's Motion (Dkt. #9) and ordering withdrawing Tony Rollman from further representation of the defendant in this matter.

    **IT IS FURTHER ORDERED** setting an Appointment of Counsel hearing before the undersigned on Thursday, April 27, 2006 at 9:45 a.m., Courtroom 302.

    DATED this 25th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge